NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QXMEDICAL, LLC,**
*Plaintiff-Appellee*

**v.**

**VASCULAR SOLUTIONS LLC, ARROW INTERNATIONAL LLC, TELEFLEX LLC, TELEFLEX LIFE SCIENCES LLC,**
*Defendants-Appellants*

---

2024-1572

---

Appeal from the United States District Court for the District of Minnesota in No. 0:17-cv-01969-PJS-TNL, Judge Patrick J. Schiltz.

--------------------------------------------------

**QXMEDICAL, LLC,**
*Plaintiff-Appellant*

**v.**

**VASCULAR SOLUTIONS LLC, ARROW INTERNATIONAL LLC, TELEFLEX LLC, TELEFLEX LIFE SCIENCES LLC,**
*Defendants-Appellees*

---

2    QXMEDICAL, LLC v. VASCULAR SOLUTIONS LLC

2024-1573

_____

Appeal from the United States District Court for the District of Minnesota in No. 0:17-cv-01969-PJS-TNL, Judge Patrick J. Schiltz.

_____

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of the cross-appeal, Appeal No. 2024-1573, pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1)  Appeal No. 2024-1573 is dismissed.  The revised official caption for the remaining appeal, Appeal No. 2024-1572, is reflected in this order.

(2)  Each side shall bear its own costs as to Appeal No. 2024-1573.

(3)  Appellants' opening brief in Appeal No. 2024-1572 is due no later than May 14, 2024.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 10, 2024
Date

ISSUED AS A MANDATE (as to 2024-1573 only): April 10, 2024